United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 16-05134-RNO
Daniel V. Rhome                                                 Chapter 13
Tracey L. Rhome
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: PRadginsk        Page 1 of 2             Date Rcvd: Jan 18, 2017
                           Form ID: ntnew341       Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2017.
```
db/jdb          +Daniel V. Rhome,   Tracey L. Rhome,   12 Stiles Drive,   Marysville, PA 17053-9532
4868334         +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
4867390         +Bureau of Employer Tax Oper,   PO Box 68568,   Harrisburg, Pennsylvania 17106-8568
4867391         +CB/BON TON,   PO BOX 182789,   COLUMBUS, OH 43218-2789
4867392         +CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
4867393         +FED LOAN,   PO BOX 60610,   HARRISBURG, PA 17106-0610
4867394         +GM FINANCIAL,   PO BOX 181145,   ARLINGTON, TX 76096-1145
4867400         +MOHELA/DOFED,   633 SPIRIT DRIVE,   CHESTERFIELD, MO 63005-1243
4867401         +Office of Attorney General,   Financial Enforcement Section, Strawberr,
                 Harrisburg, Pennsylvania 17120-0001
4867404         +PSECU,   PO BOX 1006,   HARRISBURG, PA 17108-1006
4867408         +U.S. Department of Justice,   PO Box 227, Ben Frankling Station,
                 Washington, District of Columbia 20044-0227
4867409          United States Attorney,   PO Box 11754,   Harrisburg, Pennsylvania 17108-1754
4867411         +WFDS/WDS,   PO BOX 1697,   WINTERVILLE, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4867395          E-mail/Text: cio.bncmail@irs.gov Jan 18 2017 19:17:01      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
4867396         +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 18 2017 19:16:57      KOHLS/CAPITAL ONE,
                 PO BOX 3115,   MILWAUKEE, WI 53201-3115
4867397          E-mail/Text: camanagement@mtb.com Jan 18 2017 19:17:08      M & T BANK,   1 FOUNTAIN PLAZA,
                 BUFFALO, NY 14203
4873810          E-mail/Text: camanagement@mtb.com Jan 18 2017 19:17:08      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
4867398         +E-mail/Text: unger@members1st.org Jan 18 2017 19:17:45      MEMBERS 1ST,   5000 LOUISE DR,
                 MECHANICSBURG, PA 17055-4899
4867402         +E-mail/PDF: cbp@onemainfinancial.com Jan 18 2017 19:18:32      ONE MAIN FINANCIAL,
                 6801 COLWELL BLVD,   C/S CARE DEPT,   IRVING, TX 75039-3198
4872514         +E-mail/PDF: cbp@onemainfinancial.com Jan 18 2017 19:18:14      ONEMAIN,   605 MUNN ROAD EAST,
                 Fort Mill SC 29715-8421
4867403          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2017 19:17:16      PA Department of Revenue,
                 Department 280946, Attn: Bankruptcy Divi,   Harrisburg, Pennsylvania 17128-0946
4867405         +E-mail/Text: bankruptcy@bbandt.com Jan 18 2017 19:17:15      SHEFFIELD FINANCIAL,
                 ATTN CREDIT DISPUTES DEPT,   PO BOX 1847,   WILSON, NC 27894-1847
4867406         +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2017 19:18:32      SYNCB/AMERICAN EAGLE OUTFITTERS,
                 PO BOX 965005,   ORLANDO, Florida 32896-5005
4867407         +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2017 19:18:49      SYNCB/HHGREG,   C/O PO BOX 965036,
                 ORLANDO, FL 32896-0001
4868598          E-mail/Text: bankruptcy@bbandt.com Jan 18 2017 19:17:15      Sheffield Financial,   PO Box 1847,
                 Wilson, NC 27894-1847
4867410         +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jan 18 2017 19:17:25      United States Trustee,
                 228 Walnut Street, Room 1190,   Harrisburg, Pennsylvania 17101-1722
                                                                                      TOTAL: 13


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
4867399*        +MEMBERS 1ST,   5000 LOUISE DR,   MECHANICSBURG, PA 17055-4899
                                                                        TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2017 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        John Matthew Hyams   on behalf of Debtor Daniel V. Rhome jmh@johnhyamslaw.com,
       jak@johnhyamslaw.com
        John Matthew Hyams    on behalf of Joint Debtor Tracey L. Rhome jmh@johnhyamslaw.com,
       jak@johnhyamslaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                          TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Daniel V. Rhome
Tracey L. Rhome
aka Tracey Lynette Pearlene Rhome

Debtor(s)

Chapter          13

Case No.         1:16–bk–05134–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above–referenced case has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: February 23, 2017<br><br>Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901–2800

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: PRadginsk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: January 18, 2017