# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Daniel V Rhome | Personnel Number..... 00600080 |
|---|---|
| 12 Stiles Drive | Corrections |
| Marysville PA  17053 | Pay Period.. 11/20/2016 - 12/03/2016 |
|  | Fed Tax Status: Single |
|  | Fed Tax Allowances: 00   Period: 25/2016 |
| B/U:J3    Group:04    Level:22 |  |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 12/16/2016 | 1,969.09 = | 3,188.80 | + | 0.00 | - | 956.63 | - | 263.08 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 39.86 | 48.00 | 1,913.28 | 60,844.82 |
| Annual Leave Pay | 39.86 | 16.00 | 637.76 | 5,442.13 |
| Sick Leave Pay |  |  |  | 6,142.46 |
| Personal Leave Pay |  |  |  | 1,192.54 |
| Compensatory |  |  |  | 230.22 |
| Holiday/Comp lieu Holiday | 39.86 | 16.00 | 637.76 | 3,424.24 |
| Clothing Allow-Spec BU |  |  |  | 450.00 |
| Total Gross |  |  | 3,188.80 | 77,726.41 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal |  |  |
| TX Withholding Tax | 559.15 | 13,530.78 |
| TX EE Social Security Tax | 193.75 | 4,723.22 |
| TX EE Medicare Tax | 45.31 | 1,104.62 |
| State          Pennsylvania |  |  |
| TX Withholding Tax | 97.94 | 2,388.73 |
| TX EE Unemployment Tax | 2.23 | 54.41 |
| Local          Lower Allen Township |  |  |
| TX Local Services Tax | 2.00 | 50.00 |
| Local          Rye Township |  |  |
| TX Withholding Tax | 56.25 | 1,371.30 |
| EE Taxes | 956.63 | 23,223.06 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 63.78 | 1,545.50 |
| Full Cov Cls AA/Cat 1,6,8 | 199.30 | 4,829.78 |
| Total Deductions | 263.08 | 6,375.28 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
|  |  |  |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,969.09 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 193.75 |
| TX ER Medicare Tax | 45.31 |
| ER Basic Life | 4.55 |
| Annuitant Med Hospital | 362.00 |
| ER Workers Comp Benefit | 128.76 |
| PR Highmark PPO | 455.00 |
| ER-SERS | 1,075.26 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,925.72 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | |
|---|---|
| Daniel V Rhome | Personnel Number..... 00600080 |
| 12 Stiles Drive | Corrections |
| Marysville PA 17053 | Pay Period.. 11/06/2016 - 11/19/2016 |
| | Fed Tax Status: Single |
| | Fed Tax Allowances: 00   Period: 24/2016 |
| B/U:J3    Group:04    Level:22 | |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 12/02/2016 | 1,969.07 | 3,188.80 | + | 0.00 | - | 956.65 | - | 263.08 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 39.86 | 56.00 | 2,232.16 | 58,931.54 |
| Annual Leave Pay | | | | 4,804.37 |
| Sick Leave Pay | 39.86 | 16.00 | 637.76 | 6,142.46 |
| Personal Leave Pay | | | | 1,192.54 |
| Compensatory | | | | 230.22 |
| Holiday/Comp lieu Holiday | 39.86 | 8.00 | 318.88 | 2,786.48 |
| Clothing Allow-Spec BU | | | | 450.00 |
| Total Gross | | | 3,188.80 | 74,537.61 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 559.15 | 12,971.63 |
| TX EE Social Security Tax | 193.76 | 4,529.47 |
| TX EE Medicare Tax | 45.31 | 1,059.31 |
| State            Pennsylvania | | |
| TX Withholding Tax | 97.94 | 2,290.79 |
| TX EE Unemployment Tax | 2.24 | 52.18 |
| Local            Lower Allen Township | | |
| TX Local Services Tax | 2.00 | 48.00 |
| Local            Rye Township | | |
| TX Withholding Tax | 56.25 | 1,315.05 |
| EE Taxes | 956.65 | 22,266.43 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 63.78 | 1,481.72 |
| Full Cov Cls AA/Cat 1,6,8 | 199.30 | 4,630.48 |
| Total Deductions | 263.08 | 6,112.20 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,969.07 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 193.76 |
| TX ER Medicare Tax | 45.31 |
| ER Basic Life | 4.55 |
| Annuitant Med Hospital | 362.00 |
| ER Workers Comp Benefit | 128.76 |
| PR Highmark PPO | 455.00 |
| ER-SERS | 1,075.26 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,925.72 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Daniel V Rhome                    |Personnel Number..... 00600080        |
|12 Stiles Drive                   |Corrections                           |
|Marysville PA 17053               |Pay Period.. 10/23/2016 - 11/05/2016  |
|                                  |Fed Tax Status: Single                |
|                                  |Fed Tax Allowances: 00   Period: 23/2016 |
|B/U:J3    Group:04   Level:22     |                                      |
```

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|----------|------------------|---------|---------|---------|-------|
| 11/18/2016 | 1,969.08 = | 3,188.80 + | 0.00 - | 956.64 - | 263.08 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 39.86 | 77.50 | 3,089.15 | 56,699.38 |
| Annual Leave Pay | | | | 4,804.37 |
| Sick Leave Pay | 39.86 | 2.50 | 99.65 | 5,504.70 |
| Personal Leave Pay | | | | 1,192.54 |
| Compensatory | | | | 230.22 |
| Holiday/Comp lieu Holiday | | | | 2,467.60 |
| Clothing Allow-Spec BU | | | | 450.00 |
| Total Gross | | | 3,188.80 | 71,348.81 |

| Taxes | Amount | Year To Date |
|-------|--------|--------------|
| Federal          Federal | | |
| TX Withholding Tax | 559.15 | 12,412.48 |
| TX EE Social Security Tax | 193.75 | 4,335.71 |
| TX EE Medicare Tax | 45.32 | 1,014.00 |
| State          Pennsylvania | | |
| TX Withholding Tax | 97.94 | 2,192.85 |
| TX EE Unemployment Tax | 2.23 | 49.94 |
| Local        Lower Allen Township | | |
| TX Local Services Tax | 2.00 | 46.00 |
| Local          Rye Township | | |
| TX Withholding Tax | 56.25 | 1,258.80 |
| EE Taxes | 956.64 | 21,309.78 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| EE PreTx MED Pct | 63.78 | 1,417.94 |
| Full Cov Cls AA/Cat 1,6,8 | 199.30 | 4,431.18 |
| Total Deductions | 263.08 | 5,849.12 |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|
| | | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,969.08 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 193.75 |
| TX ER Medicare Tax | 45.32 |
| ER Basic Life | 4.55 |
| Annuitant Med Hospital | 362.00 |
| ER Workers Comp Benefit | 128.76 |
| PR Highmark PPO | 455.00 |
| ER-SERS | 1,075.26 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,925.72 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| |Daniel V Rhome | Personnel Number..... 00600080 |
| |12 Stiles Drive | Corrections |
| |Marysville PA 17053 | Pay Period.. 10/09/2016 - 10/22/2016 |
| | Fed Tax Status: Single |
| |B/U:J3    Group:04    Level:22 | Fed Tax Allowances: 00    Period: 22/2016 |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 11/04/2016 | 1,969.09 | 3,188.80 | + | 0.00 | - | 956.63 | - | 263.08 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 39.86 | 67.67 | 2,697.33 | 53,610.23 |
| Annual Leave Pay | 39.86 | 1.33 | 53.01 | 4,804.37 |
| Sick Leave Pay | 39.86 | 3.00 | 119.58 | 5,405.05 |
| Personal Leave Pay | | | | 1,192.54 |
| Compensatory | | | | 230.22 |
| Holiday/Comp lieu Holiday | 39.86 | 8.00 | 318.88 | 2,467.60 |
| Clothing Allow-Spec BU | | | | 450.00 |
| Total Gross | | | 3,188.80 | 68,160.01 |

| Taxes | Amount | Year To Date |
|-------|--------|--------------|
| Federal          Federal | | |
| TX Withholding Tax | 559.15 | 11,853.33 |
| TX EE Social Security Tax | 193.75 | 4,141.96 |
| TX EE Medicare Tax | 45.31 | 968.68 |
| State          Pennsylvania | | |
| TX Withholding Tax | 97.94 | 2,094.91 |
| TX EE Unemployment Tax | 2.23 | 47.71 |
| Local          Lower Allen Township | | |
| TX Local Services Tax | 2.00 | 44.00 |
| Local          Rye Township | | |
| TX Withholding Tax | 56.25 | 1,202.55 |
| EE Taxes | 956.63 | 20,353.14 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| EE PreTx MED Pct | 63.78 | 1,354.16 |
| Full Cov Cls AA/Cat 1,6,8 | 199.30 | 4,231.88 |
| Total Deductions | 263.08 | 5,586.04 |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|
| | | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,969.09 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 193.75 |
| TX ER Medicare Tax | 45.31 |
| ER Basic Life | 4.55 |
| Annuitant Med Hospital | 362.00 |
| ER Workers Comp Benefit | 128.76 |
| PR Highmark PPO | 455.00 |
| ER-SERS | 1,075.26 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,925.72 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Daniel V Rhome | Personnel Number..... 00600080 |
|---|---|
| 12 Stiles Drive | Corrections |
| Marysville PA 17053 | Pay Period.. 09/25/2016 - 10/08/2016 |
| | Fed Tax Status: Single |
| | Fed Tax Allowances: 00   Period: 21/2016 |
| B/U:J3   Group:04   Level:22 | |

| Pay Date | Payment Amount = | Gross | + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|---|
| 10/21/2016 | 1,935.44 = | 3,129.21 | + | 0.00 - | 935.61 - | 258.16 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 39.86 | 40.00 | 1,594.40 | |
| Normal working hours | 38.37 | 28.50 | 1,093.55 | 50,912.90 |
| Annual Leave Pay | | | | 4,751.36 |
| Sick Leave Pay | 38.37 | 11.50 | 441.26 | 5,285.47 |
| Personal Leave Pay | | | | 1,192.54 |
| Compensatory | | | | 230.22 |
| Holiday/Comp lieu Holiday | | | | 2,148.72 |
| Clothing Allow-Spec BU | | | | 450.00 |
| Total Gross | | | 3,129.21 | 64,971.21 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 545.48 | 11,294.18 |
| TX EE Social Security Tax | 190.13 | 3,948.21 |
| TX EE Medicare Tax | 44.46 | 923.37 |
| State          Pennsylvania | | |
| TX Withholding Tax | 96.15 | 1,996.97 |
| TX EE Unemployment Tax | 2.19 | 45.48 |
| Local          Lower Allen Township | | |
| TX Local Services Tax | 2.00 | 42.00 |
| Local          Rye Township | | |
| TX Withholding Tax | 55.20 | 1,146.30 |
| EE Taxes | 935.61 | 19,396.51 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 62.58 | 1,290.38 |
| Full Cov Cls AA/Cat 1,6,8 | 195.58 | 4,032.58 |
| Total Deductions | 258.16 | 5,322.96 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,935.44 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 190.13 |
| TX ER Medicare Tax | 44.46 |
| ER Basic Life | 4.55 |
| Annuitant Med Hospital | 362.00 |
| ER Workers Comp Benefit | 126.36 |
| PR Highmark PPO | 455.00 |
| ER-SERS | 1,055.17 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,871.05 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|