## Company Information

| Name | Address |
|---|---|
| HM Health Solutions Inc. | 120 Fifth Avenue<br>Pittsburgh, PA 15222-3099<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Tracey Rhome | 1013639 | 10/08/2016 | 10/21/2016 | 10/28/2016 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,956.04 | 17.09 | 16.77 | 1,974.09 |
| YTD | 64,642.44 | 375.32 | 367.98 | 43,187.86 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| GTL Imputed Income | 10/08/2016 - 10/21/2016 | 0.00 | 0.00 | 1.87 | 7.48 |
| Holiday Full Time | | | | | 295.61 |
| PTO Scheduled - Time Off | | | | | 9,082.40 |
| Regular Pay | | | | | 44,327.07 |
| Salary Base Pay | 10/08/2016 - 10/21/2016 | 0.00 | 0.00 | 2,956.04 | 10,937.36 |
| | | | Total | 2,957.91 | 64,649.92 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 182.33 | 3,987.09 |
| Medicare | 42.64 | 932.46 |
| Federal Withholding | 575.93 | 12,572.90 |
| State Tax - PA | 90.23 | 1,973.06 |
| SUI-Employee Paid - PA | 2.06 | 44.99 |
| City Tax - EPNSB | 52.90 | 1,156.78 |
| PA LST - EPNSB | 2.00 | 44.00 |
| Total | 948.09 | 20,711.28 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental-Pre Tax | 12.15 | 267.30 |
| Disab BuyUp 70% | 4.94 | 108.02 |
| Total | 17.09 | 375.32 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Life - Child | 0.54 | 11.88 |
| Life - Spouse | 3.44 | 75.68 |
| Supplemental Life and AD&D | 12.79 | 280.42 |
| Total | 16.77 | 367.98 |

## Employer Paid Benefits

| Description | YTD |
|---|---|
| Life - Imputed Income | 33.24 |
| Total | 33.24 |

Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,940.82 | 64,307.84 |
| Medicare - Taxable Wages | 2,940.82 | 64,307.84 |
| Federal Withholding - Taxable Wages | 2,940.82 | 64,307.84 |

Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 25 | 0 |

Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 9.85 | 0.00 | 100.626154 |
| Volunteer Day Plan | 0.00 | 0.00 | 8.00 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Tracey Rhome - 2016 10 28 | Pennsylvania State Empl CU | Pennsylvania State Empl CU ******0116 | ******0116 | 1,807.09 | USD |
| Payroll Payment: Tracey Rhome - 2016 10 28 | Members First FCU | Members First FCU ******6646 | ******6646 | 167.00 | USD |
| | | | Total | 1,974.09 | |

## Company Information

| Name | Address |
|---|---|
| HM Health Solutions Inc. | 120 Fifth Avenue<br>Pittsburgh, PA 15222-3099<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Tracey Rhome | 1013639 | 10/22/2016 | 11/04/2016 | 11/10/2016 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,956.05 | 17.09 | 16.77 | 1,974.10 |
| YTD | 67,598.49 | 392.41 | 384.75 | 45,161.96 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| GTL Imputed Income | 10/22/2016 - 11/04/2016 | 0.00 | 0.00 | 1.87 | 9.35 |
| Holiday Full Time | | | | | 295.61 |
| PTO Scheduled - Time Off | 10/22/2016 - 11/04/2016 | 8.00 | 36.950481 | 295.61 | 9,378.01 |
| Regular Pay | | | | | 44,327.07 |
| Salary Base Pay | 10/22/2016 - 11/04/2016 | 0.00 | 0.00 | 2,660.44 | 13,597.80 |
| | | | Total | 2,957.92 | 67,607.84 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 182.33 | 4,169.42 |
| Medicare | 42.65 | 975.11 |
| Federal Withholding | 575.93 | 13,148.83 |
| State Tax - PA | 90.23 | 2,063.29 |
| SUI-Employee Paid - PA | 2.05 | 47.04 |
| City Tax - EPNSB | 52.90 | 1,209.68 |
| PA LST - EPNSB | 2.00 | 46.00 |
| Total | 948.09 | 21,659.37 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental-Pre Tax | 12.15 | 279.45 |
| Disab BuyUp 70% | 4.94 | 112.96 |
| Total | 17.09 | 392.41 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Life - Child | 0.54 | 12.42 |
| Life - Spouse | 3.44 | 79.12 |
| Supplemental Life and AD&D | 12.79 | 293.21 |
| Total | 16.77 | 384.75 |

## Employer Paid Benefits

| Description | YTD |
|---|---|
| Life - Imputed Income | 33.24 |
| Total | 33.24 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,940.83 | 67,248.67 |
| Medicare - Taxable Wages | 2,940.83 | 67,248.67 |
| Federal Withholding - Taxable Wages | 2,940.83 | 67,248.67 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 25 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 9.85 | 8.00 | 102.476154 |
| Volunteer Day Plan | 0.00 | 0.00 | 8.00 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Tracey Rhome - 2016 11 10 | Pennsylvania State Empl CU | Pennsylvania State Empl CU ******0116 | ******0116 | 1,807.10 | USD |
| Payroll Payment: Tracey Rhome - 2016 11 10 | Members First FCU | Members First FCU ******6646 | ******6646 | 167.00 | USD |
| | | | Total | 1,974.10 | |

## Company Information

| Name | Address |
|---|---|
| HM Health Solutions Inc. | 120 Fifth Avenue<br>Pittsburgh, PA 15222-3099<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Tracey Rhome | 1013639 | 11/05/2016 | 11/18/2016 | 11/25/2016 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,956.04 | 17.09 | 16.77 | 1,974.09 |
| YTD | 70,554.53 | 409.50 | 401.52 | 47,136.05 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| GTL Imputed Income | 11/05/2016 - 11/18/2016 | 0.00 | 0.00 | 1.87 | 11.22 |
| Holiday Full Time | | | | | 295.61 |
| PTO Scheduled - Time Off | | | | | 9,378.01 |
| Regular Pay | | | | | 44,327.07 |
| Salary Base Pay | 11/05/2016 - 11/18/2016 | 0.00 | 0.00 | 2,956.04 | 16,553.84 |
| Total | | | | 2,957.91 | 70,565.75 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 182.33 | 4,351.75 |
| Medicare | 42.64 | 1,017.75 |
| Federal Withholding | 575.93 | 13,724.76 |
| State Tax - PA | 90.23 | 2,153.52 |
| SUI-Employee Paid - PA | 2.06 | 49.10 |
| City Tax - EPNSB | 52.90 | 1,262.58 |
| PA LST - EPNSB | 2.00 | 48.00 |
| Total | 948.03 | 22,607.46 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental-Pre Tax | 12.15 | 291.60 |
| Disab BuyUp 70% | 4.94 | 117.90 |
| Total | 17.09 | 409.50 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Life - Child | 0.54 | 12.96 |
| Life - Spouse | 3.44 | 82.56 |
| Supplemental Life and AD&D | 12.79 | 306.00 |
| Total | 16.77 | 401.52 |

## Employer Paid Benefits

| Description | YTD |
|---|---|
| Life - Imputed Income | 33.24 |
| Total | 33.24 |

Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,940.82 | 70,189.49 |
| Medicare - Taxable Wages | 2,940.82 | 70,189.49 |
| Federal Withholding - Taxable Wages | 2,940.82 | 70,189.49 |

Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 25 | 0 |

Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 9.85 | 0.00 | 112.326154 |
| Volunteer Day Plan | 0.00 | 0.00 | 8.00 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Tracey Rhome - 2016 11 25 | Belco Community Credit Union | Belco Community Credit Union ******3548 | ******3548 | 1,974.09 | USD |
| | | | Total | 1,974.09 | |

## Company Information

| Name | Address |
|---|---|
| HM Health Solutions Inc. | 120 Fifth Avenue<br>Pittsburgh, PA 15222-3099<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Tracey Rhome | 1013639 | 11/19/2016 | 12/02/2016 | 12/09/2016 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,956.05 | 17.09 | 16.77 | 1,974.10 |
| YTD | 73,510.58 | 426.59 | 418.29 | 49,110.15 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| GTL Imputed Income | 11/19/2016 - 12/02/2016 | 0.00 | 0.00 | 1.87 | 13.09 |
| Holiday Full Time | 11/19/2016 - 12/02/2016 | 16.00 | 36.950481 | 591.21 | 886.82 |
| PTO Scheduled - Time Off | 11/19/2016 - 12/02/2016 | 16.00 | 36.950481 | 591.21 | 9,969.22 |
| Regular Pay | | | | | 44,327.07 |
| Salary Base Pay | 11/19/2016 - 12/02/2016 | 0.00 | 0.00 | 1,773.63 | 18,327.47 |
| Total | | | | 2,957.92 | 73,523.67 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 182.33 | 4,534.08 |
| Medicare | 42.64 | 1,060.39 |
| Federal Withholding | 575.93 | 14,300.69 |
| State Tax - PA | 90.23 | 2,243.75 |
| SUI-Employee Paid - PA | 2.06 | 51.16 |
| City Tax - EPNSB | 52.90 | 1,315.48 |
| PA LST - EPNSB | 2.00 | 50.00 |
| Total | 948.09 | 23,555.55 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental-Pre Tax | 12.15 | 303.75 |
| Disab BuyUp 70% | 4.94 | 122.84 |
| Total | 17.09 | 426.59 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Life - Child | 0.54 | 13.50 |
| Life - Spouse | 3.44 | 86.00 |
| Supplemental Life and AD&D | 12.79 | 318.79 |
| Total | 16.77 | 418.29 |

## Employer Paid Benefits

| Description | YTD |
|---|---|
| Life - Imputed Income | 33.24 |
| Total | 33.24 |

Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,940.83 | 73,130.32 |
| Medicare - Taxable Wages | 2,940.83 | 73,130.32 |
| Federal Withholding - Taxable Wages | 2,940.83 | 73,130.32 |

Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 25 | 0 |

Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 9.85 | 16.00 | 106.176154 |
| Volunteer Day Plan | 0.00 | 0.00 | 8.00 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment Tracey Rhome - 2016 12 09 | Belco Community Credit Union | Belco Community Credit Union ******3548 | ******3548 | 1,974.10 | USD |
| | | | | Total 1,974.10 | |

## Payment Elections: Tracey Rhome

**Worker:** Tracey Rhome
**Default Country:** United States of America
**Default Currency:** USD
**Status:** Successfully Completed

### Accounts

| Account Nickname | Country | Bank Name | Account Type | Account Number |
|---|---|---|---|---|
| Members First FCU *****6646 | United States of America | Members First FCU | Checking | *****6646 |
| Pennsylvania State Empl CU *****0116 | United States of America | Pennsylvania State Empl CU | Checking | *****0116 |

### Payment Elections

| Pay Type | Payment Type | Account | Account Number | Distribution |
|---|---|---|---|---|
| Regular Run | Direct Deposit | Members First FCU *****6646 | *****6646 | Amount: 167.00 |
|  | Direct Deposit | Pennsylvania State Empl CU *****0116 | *****0116 | Balance: Yes |

*Current Direct Deposit*

## Pay Stub 1

**SEQ: J041838**
PAY CATEGORY: HOURLY

Wal-Mart Associates, Inc.
702 S.W. 8th St.
Bentonville, AR 72716

TRACEY L RHOME — 01WS
SOCIAL SECURITY #: XXXXXX3663

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 110000 | 4310 | 47410 | 688291 |
| DISASTER PAY | | | 00 | 2667 |
| PTO PAY | 110000 | 365 | 4015 | 4015 |
| WRKDHRS | | 4310 | | |
| PTO/VAC AVAIL | | 790 | | |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 4632 | 49907 |
| SOCIAL SECURITY | 3934 | 53165 |
| SUI TAX | 36 | 487 |
| PENNSYLVANIA | 1579 | 21327 |
| PA LOCAL TAX | 926 | 12510 |
| PERS HRS AVAIL | 200 | 00 |
| PA LST | 200 | 4800 |

CURRENT / YEAR TO DATE:
- EARNINGS: 51425 / 694973
- TAXES: 11107 / 137396
- DEDUCTIONS: 200 / 4800
- NET PAY: 40118 / 552777

PAY PERIOD BEGIN 11-12-2016 END 11-25-2016
CHECK NUMBER: 038317475
AMT OF CHECK: 40118

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

---

## Pay Stub 2

**SEQ: F029876**
PAY CATEGORY: HOURLY

Wal-Mart Associates, Inc.
702 S.W. 8th St.
Bentonville, AR 72716

TRACEY L RHOME — 01WS
SOCIAL SECURITY #: XXXXXX3663

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 110000 | 5024 | 55264 | 640881 |
| DISASTER PAY | | | 00 | 2667 |
| WRKDHRS | | 5024 | | |
| PTO/VAC AVAIL | | 1047 | | |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 5207 | 45275 |
| SOCIAL SECURITY | 4227 | 49231 |
| SUI TAX | 39 | 451 |
| PENNSYLVANIA | 1697 | 19748 |
| PA LOCAL TAX | 995 | 11584 |
| PERS HRS AVAIL | 200 | 00 |
| DRAW OR ALLOW | 458 | 00 |
| PA LST | 200 | 4600 |

CURRENT / YEAR TO DATE:
- EARNINGS: 55264 / 643548
- TAXES: 12165 / 126289
- DEDUCTIONS: 658 / 4600
- NET PAY: 42441 / 512659

PAY PERIOD BEGIN 10-29-2016 END 11-11-2016
CHECK NUMBER: 038210846
AMT OF CHECK: 42441

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

```
SEQ: H048809                                  Wal-Mart Associates, Inc.
PAY CATEGORY: HOURLY                          702 S.W. 8th St.
                                SOCIAL SECURITY #   Bentonville, AR 72716    TAXES/DEDUCTIONS   YEAR TO DATE
TRACEY L RHOME              01WS              FEDERAL TAX              3301       40068
                                    XXXXXX3663 SOCIAL SECURITY         3188       45004
DESCRIPTION   RATE   HOURS   EARNINGS  YEAR TO DATE  SUI TAX              29         412
REGULAR EARNING 110000  3788   41668   585617 PENNSYLVANIA             1279       18051
DISASTER PAY                      00    2667 PA LOCAL TAX               750       10131
WRKDHRS              3788              PERS HRS AVAIL                   200          00
PTO/VAC AVAIL         931              PA LST                           200        4400
```

| CURRENT | 41668 | 8547 | 200 | 32921 | BEGIN 10-15-2016 | 038105402 | 32921 |
| YEAR TO DATE | 588284 | 113666 | 6400 | 470218 | END 10-28-2016 | | |
| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | AMT OF CHECK |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS