In re:                                                    Case No. 16-05134-RNO
Daniel V. Rhome                                           Chapter 13
Tracey L. Rhome
       Debtors          **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: PRadginsk        Page 1 of 2          Date Rcvd: Feb 28, 2017
                           Form ID: ntcnfhrg       Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
db/jdb        +Daniel V. Rhome,   Tracey L. Rhome,   12 Stiles Drive,   Marysville, PA 17053-9532
4868334       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
               Arlington, TX 76096-3853
4867390       +Bureau of Employer Tax Oper,   PO Box 68568,   Harrisburg, Pennsylvania 17106-8568
4867391       +CB/BON TON,   PO BOX 182789,   COLUMBUS, OH 43218-2789
4867392       +CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
4867393       +FED LOAN,   PO BOX 60610,   HARRISBURG, PA 17106-0610
4867394       +GM FINANCIAL,   PO BOX 181145,   ARLINGTON, TX 76096-1145
4867400       +MOHELA/DOFED,   633 SPIRIT DRIVE,   CHESTERFIELD, MO 63005-1243
4867401       +Office of Attorney General,   Financial Enforcement Section, Strawberr,
               Harrisburg, Pennsylvania 17120-0001
4867404       +PSECU,   PO BOX 1006,   HARRISBURG, PA 17108-1006
4867408       +U.S. Department of Justice,   PO Box 227, Ben Frankling Station,
               Washington, District of Columbia 20044-0227
4867409        United States Attorney,   PO Box 11754,   Harrisburg, Pennsylvania 17108-1754
4867411       +WFDS/WDS,   PO BOX 1697,   WINTERVILLE, NC 28590-1697
4879183        Wells Fargo Bank N.A.,,   d/b/a Wells Fargo Dealer Services,   PO Box 19657,
               Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4867395        E-mail/Text: cio.bncmail@irs.gov Feb 28 2017 19:05:19     Internal Revenue Service,
               PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
4867396       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 28 2017 19:05:15     KOHLS/CAPITAL ONE,
               PO BOX 3115,   MILWAUKEE, WI 53201-3115
4867397        E-mail/Text: camanagement@mtb.com Feb 28 2017 19:05:26     M & T BANK,   1 FOUNTAIN PLAZA,
               BUFFALO, NY 14203
4873810        E-mail/Text: camanagement@mtb.com Feb 28 2017 19:05:26     M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
4867398       +E-mail/Text: unger@members1st.org Feb 28 2017 19:05:54     MEMBERS 1ST,   5000 LOUISE DR,
               MECHANICSBURG, PA 17055-4899
4867402       +E-mail/PDF: cbp@onemainfinancial.com Feb 28 2017 19:07:56     ONE MAIN FINANCIAL,
               6801 COLWELL BLVD,   C/S CARE DEPT,   IRVING, TX 75039-3198
4872514       +E-mail/PDF: cbp@onemainfinancial.com Feb 28 2017 19:07:56     ONEMAIN,   605 MUNN ROAD EAST,
               Fort Mill SC 29715-8421
4867403        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2017 19:05:32     PA Department of Revenue,
               Department 280946, Attn: Bankruptcy Divi,   Harrisburg, Pennsylvania 17128-0946
4874788        E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2017 19:05:28
               Quantum3 Group LLC as agent for,   Second Round LP,   PO Box 788,   Kirkland, WA  98083-0788
4886969        E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2017 19:05:27
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
4867405       +E-mail/Text: bankruptcy@bbandt.com Feb 28 2017 19:05:29     SHEFFIELD FINANCIAL,
               ATTN CREDIT DISPUTES DEPT,   PO BOX 1847,   WILSON, NC 27894-1847
4867406       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 19:07:23     SYNCB/AMERICAN EAGLE OUTFITTERS,
               PO BOX 965005,   ORLANDO, Florida 32896-5005
4867407       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 19:07:22     SYNCB/HHGREG,   C/O PO BOX 965036,
               ORLANDO, FL 32896-0001
4868598        E-mail/Text: bankruptcy@bbandt.com Feb 28 2017 19:05:30     Sheffield Financial,   PO Box 1847,
               Wilson, NC 27894-1847
4867410       +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Feb 28 2017 19:05:39     United States Trustee,
               228 Walnut Street, Room 1190,   Harrisburg, Pennsylvania 17101-1722
                                                                            TOTAL: 15


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
               Arlington, TX 76096-3853
4867399*      +MEMBERS 1ST,   5000 LOUISE DR,   MECHANICSBURG, PA 17055-4899
                                                               TOTALS: 0, * 2, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              John Matthew Hyams   on behalf of Debtor Daniel V. Rhome jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              John Matthew Hyams   on behalf of Joint Debtor Tracey L. Rhome jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Daniel V. Rhome | Chapter 13 |
| Tracey L. Rhome | |
| aka Tracey Lynette Pearlene Rhome | Case No. 1:16−bk−05134−RNO |
| Debtor(s) | |

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **March 29, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 5, 2017 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: PRadginsk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 28, 2017 |