LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| | : | CHAPTER 13 |
| | : | |
| | : | CASE NO. __-___-bk-_____ |
| | : | |
| | : | |
| **Debtor(s)** | : | |

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) <br> 1. Amount agreed to by debtor <br> 2. Less amount paid to attorney prior to filing petition <br> 3. Balance of compensation to be paid through plan distributions <br> 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ <br> $ <br> $ <br> $ |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) <br> 1. Retainer received <br> 2. Compensation earned prepetition and paid to attorney prior to filing petition <br> 3. Expenses reimbursed prepetition <br> 4. Balance in retainer after deduction of prepetition compensation and expenses <br> 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | <br> <br> $ <br> $ <br> $ <br> $ <br> <br> $ |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ |

Dated:_____          _____
                                   Attorney for Debtor