```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-05134-RNO
Daniel V. Rhome                                                 Chapter 13
Tracey L. Rhome
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: PRadginsk            Page 1 of 1            Date Rcvd: Aug 22, 2017
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
db/jdb         +Daniel V. Rhome,    Tracey L. Rhome,   12 Stiles Drive,   Marysville, PA 17053-9532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor Daniel V. Rhome jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com;mii@johnhyamslaw.com
              John Matthew Hyams    on behalf of Joint Debtor Tracey L. Rhome jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com;mii@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br>DANIEL V. RHOME<br>TRACEY L. RHOME<br>**Debtor(s)**<br><br>CREDIT ACCEPTANCE CORPORATION<br>**Movant**<br><br>v.<br><br>DANIEL V. RHOME<br>TRACEY L. RHOME<br>**Respondent(s)**<br><br>CHARLES J. DEHART, III<br>**Trustee** | Case No.: 1:16-05134 (RNO)<br><br>Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362 |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Credit Acceptance Corporation, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code §362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2014 Chevrolet Impala** bearing vehicle identification number 1G11Y5SL9EU104898 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: August 22, 2017