```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                     Case No. 16-05134-RNO
Daniel V. Rhome                                            Chapter 13
Tracey L. Rhome
        Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: MMchugh          Page 1 of 1          Date Rcvd: Oct 05, 2017
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
db/jdb          +Daniel V. Rhome,   Tracey L. Rhome,   12 Stiles Drive,   Marysville, PA 17053-9532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          John Matthew Hyams    on behalf of Debtor Daniel V. Rhome jmh@johnhyamslaw.com,
           mii@johnhyamslaw.com
          John Matthew Hyams    on behalf of Joint Debtor Tracey L. Rhome jmh@johnhyamslaw.com,
           mii@johnhyamslaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          William E. Craig   on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM Financial
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                      TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**DANIEL V. RHOME**
**TRACEY L. RHOME**

    Debtor(s)

**AMERICREDIT FINANCIAL SERVICES,**
**INC. DBA GM FINANCIAL**

    Movant(s)
  vs.
**DANIEL V. RHOME**
**TRACEY L. RHOME**
**CHARLES J. DEHART, III**

    Respondent(s)

| | |
|---|---|
| Chapter | **13** |
| Case Number: | **1-16-bk-05134 RNO** |
| Document No.: | **48** |
| Nature of Proceeding: | **Motion for Relief from Automatic Stay** |

## ORDER

Upon consideration of the statement in open court at a hearing held on October 5, 2017, that a settlement has been reached and a stipulation will be filed, it is hereby

ORDERED, if a stipulation or a request to relist matter for hearing is not filed by November 4, 2017, the Court may deny this Motion without further notice.

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Date: October 5, 2017

MDPA-Order Stip Due or Relist.WPT REV 03/16