```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                              Case No. 16-05134-RNO
Daniel V. Rhome                                                     Chapter 13
Tracey L. Rhome
       Debtors
                                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: REshelman            Page 1 of 2            Date Rcvd: Jun 05, 2018
                               Form ID: pdf010            Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
db/jdb         +Daniel V. Rhome,   Tracey L. Rhome,   12 Stiles Drive,   Marysville, PA 17053-9532
4868334        +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
4867390        +Bureau of Employer Tax Oper,   PO Box 68568,   Harrisburg, Pennsylvania 17106-8568
4867391        +CB/BON TON,   PO BOX 182789,   COLUMBUS, OH 43218-2789
4867392        +CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
4893263         Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
4867393        +FED LOAN,   PO BOX 60610,   HARRISBURG, PA 17106-0610
4867394        +GM FINANCIAL,   PO BOX 181145,   ARLINGTON, TX 76096-1145
4867400        +MOHELA/DOFED,   633 SPIRIT DRIVE,   CHESTERFIELD, MO 63005-1243
4867401        +Office of Attorney General,   Financial Enforcement Section, Strawberr,
                 Harrisburg, Pennsylvania 17120-0001
4867404        +PSECU,   PO BOX 1006,   HARRISBURG, PA 17108-1006
4908357         U. S. Department of Eudcation,   c/o FedLoan Servicing,   P. O. Box 69184,
                 Harrisburg, PA   17106-9184
4867408        +U.S. Department of Justice,   PO Box 227, Ben Frankling Station,
                 Washington, District of Columbia 20044-0227
4904941        +US Dept of EducationMOHELA,   633 Spirit Dr,   Chesterfield, MO 63005-1243
4867409         United States Attorney,   PO Box 11754,   Harrisburg, Pennsylvania 17108-1754
4867411        +WFDS/WDS,   PO BOX 1697,   WINTERVILLE, NC 28590-1697
4879183         Wells Fargo Bank N.A.,,   d/b/a Wells Fargo Dealer Services,   PO Box 19657,
                 Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4867391        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 05 2018 19:09:21     CB/BON TON,
                 PO BOX 182789,   COLUMBUS, OH 43218-2789
4867395         E-mail/Text: cio.bncmail@irs.gov Jun 05 2018 19:09:14     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
4867396        +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 05 2018 19:09:12     KOHLS/CAPITAL ONE,
                 PO BOX 3115,   MILWAUKEE, WI 53201-3115
4867397         E-mail/Text: camanagement@mtb.com Jun 05 2018 19:09:18     M & T BANK,   1 FOUNTAIN PLAZA,
                 BUFFALO, NY 14203
4873810         E-mail/Text: camanagement@mtb.com Jun 05 2018 19:09:18     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
4867398        +E-mail/Text: unger@members1st.org Jun 05 2018 19:09:38     MEMBERS 1ST,   5000 LOUISE DR,
                 MECHANICSBURG, PA 17055-4899
4867402        +E-mail/PDF: cbp@onemainfinancial.com Jun 05 2018 19:10:46     ONE MAIN FINANCIAL,
                 6801 COLWELL BLVD,   C/S CARE DEPT,   IRVING, TX 75039-3198
4872514        +E-mail/PDF: cbp@onemainfinancial.com Jun 05 2018 19:10:46     ONEMAIN,   605 MUNN ROAD EAST,
                 Fort Mill SC 29715-8421
4867403         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2018 19:09:24     PA Department of Revenue,
                 Department 280946, Attn: Bankruptcy Divi,   Harrisburg, Pennsylvania 17128-0946
4913843         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2018 19:10:32
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4901142        +E-mail/Text: bankruptcynotices@psecu.com Jun 05 2018 19:09:38     PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
4874788         E-mail/Text: bnc-quantum@quantum3group.com Jun 05 2018 19:09:22
                 Quantum3 Group LLC as agent for,   Second Round LP,   PO Box 788,   Kirkland, WA  98083-0788
4886969         E-mail/Text: bnc-quantum@quantum3group.com Jun 05 2018 19:09:22
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
4867405        +E-mail/Text: bankruptcy@bbandt.com Jun 05 2018 19:09:22     SHEFFIELD FINANCIAL,
                 ATTN CREDIT DISPUTES DEPT,   PO BOX 1847,   WILSON, NC 27894-1847
4867406        +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2018 19:10:47     SYNCB/AMERICAN EAGLE OUTFITTERS,
                 PO BOX 965005,   ORLANDO, Florida 32896-5005
4867407        +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2018 19:10:47     SYNCB/HHGREG,   C/O PO BOX 965036,
                 ORLANDO, FL 32896-0001
4868598         E-mail/Text: bankruptcy@bbandt.com Jun 05 2018 19:09:22     Sheffield Financial,   PO Box 1847,
                 Wilson, NC 27894-1847
4912640        +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2018 19:10:39     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
4867410        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jun 05 2018 19:09:25     United States Trustee,
                 228 Walnut Street, Room 1190,   Harrisburg, Pennsylvania 17101-1722
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
4867399*       +MEMBERS 1ST,   5000 LOUISE DR,   MECHANICSBURG, PA 17055-4899
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```
Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Daniel V. Rhome jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 2 Tracey L. Rhome jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                        TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:16-bk-05134-RNO |
| | : | |
| Daniel V. Rhome | : | |
| And Tracey L. Rhome | : | |
| | : | CHAPTER 13 |
| Debtors | : | |

## ORDER

Upon consideration of the Motion to Dismiss Case filed by Daniel V. Rhome and Tracey L. Rhome with respect to their Chapter 13 case, it is

HEREBY ORDERED that the case of Daniel V. Rhome and Tracey L. Rhome, Case No. 1:16-bk-05134-RNO, is dismissed.

Dated: June 4, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)